UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

LEONDARD ALAN BOLLINGHAM

CIVIL ACTION

VERSUS

NO. 19-155-JWD-RLB

OCWEN LOAN SERVICING, LLC

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 18) dated February 12, 2020, to which no objection was filed;

**IT IS ORDERED** this case is REMANDED to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, for lack of subject matter jurisdiction.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>February 27, 2020</u>.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA